**Motion Denied; Appeal Dismissed and Memorandum Opinion filed May 9, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00057-CV

---

## ALI CHOUDHRI, DALIO HOLDINGS I, LLC, AND DALIO HOLDINGS II, LLC, Appellants

### V.

## MOKARAM LATIF WEST LOOP, LTD. ET AL., Appellees

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2012-27197A**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 23, 2023. The notice of appeal was filed January 22, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On March 21, 2024, this court ordered appellant to pay the appellate filing fee on or before April 1, 2024 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

Appellees' motion for reconsideration of this court's denial of appellees' motion for leave to file notice of cross-appeal is denied.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.